# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, and ) ) | |
| ALUNDA D. HUNT, M.D., ) ) | CIVIL ACTION FILE NO. |
| Plaintiff-Intervenor ) ) | 1:16-cv-03640-ELR-JKL |
| v. ) ) | |
| GEORGIA HOSPITALISTS GROUP, LLC and APOLLOMD BUSINESS SERVICES, LLC, ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff, Plaintiff-Intervenor, and Defendants, all of the parties herein, and, pursuant Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

This 6th day of July, 2017.

[*Signatures on following page*]

WE CONSENT AND SO STIPULATE:

s/ Lynnae Thandiwe
Georgia Bar No. 703132
lynnae.thandiwe@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303
T: (404) 562-6815
F: (404) 562-6905
Attorney for Plaintiff

s/ Benton J. Mathis, Jr.
Georgia Bar No. 477019
bmathis@fmglaw.com
Amy C. Bender
Georgia Bar No. 179727
abender@fmglaw.com
Robyn M. Flegal
Georgia Bar No. 599572
rflegal@fmglaw.com
FREEMAN MATHIS & GARY, LLP
100 Galleria Pkwy
Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
Attorneys for Defendants

s/ Sandra Kaye Bowen
Georgia Bar No. 409315
sbowen@ibhslaw.com
IRVIN BOWEN HALE-SMITH LLC
Buckhead Centre
2970 Peachtree Road, Suite 225
Atlanta, Georgia 30305
T: (404) 237-1033
F: (404) 364-4547
Attorney for Plaintiff-Intervenor